**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory Lavon PORTER, a/k/a Big Honey, Defendant–Appellant.**

No. 12–7704.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 6, 2013.

Thomas P. McNamara, Federal Public Defender, Devon L. Donahue, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, Jennifer P. May–Parker, Kristine L. Fritz, Assistant

United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lavon Porter appeals the district court's order dismissing as untimely his 28 U.S.C.A. § 2255 (West Supp.2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *United States v. Porter,* Nos. 5:08–cr–00371–BO–1; 5:12–cv–00298–BO (E.D.N.C. Sept. 12, 2012); *cf. Lo v. Endicott,* 506 F.3d 572, 575–76 (7th Cir.2007); *E.J.R.E. v. United States,* 453 F.3d 1094, 1097–98 (8th Cir.2006); *Shannon v. Newland,* 410 F.3d 1083, 1088–89 (9th Cir.2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*